Latham, Acting P. J., Shapiro, Gulotta, Brennan and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESSIE J. JONES, Appellant.—

Hopkins, Acting P. J., Munder, Martuscello, Latham and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BILLY MABRY, Appellant.—

Rabin, P. J., Hopkins, Munder, Martuscello and Christ, JJ., concur.